**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**TERRELL MCMURRY, #50452-019**                                          **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:07-cv-93-DCB-MTP**

**CONSTANCE REESE, Warden FCI-Yazoo**                          **RESPONDENT**

### **FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion issued this day, incorporated herein by reference,

IT IS HEREBY, ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __4th__ day of September, 2007.

                                                     s/ David Bramlette
                                          UNITED STATES DISTRICT JUDGE